**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
S. Mohammad Kazerouni, Esq. (SBN 252835)
Assal Assassi, Esq. (SBN 274249)
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800)400-6808
Facsimile: (800)520-5523

Joshua B. Swigart (SBN 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
(619) 233-7770 Telephone
(619) 297-1022 Facsimile

Attorneys for Plaintiff,
PARI IRANMANESH, individually and on behalf of all others similarly situated

David J. Kaminski (SBN: 128509)
KaminskiD@cmtlaw.com
Jeffery J. Carlson (SBN: 60752)
CarlsonJ@cmtlaw.com
Keith A. Yeomans (SBN: 245600)
YeomansK@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Blvd., Suite 1214
Los Angeles, California 90045
t: (310) 242-2200
f: (310) 242-2222

Attorneys for Defendants
LEADING EDGE RECOVERY SOLUTIONS, LLC

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARI IRANMANESH, individually and on behalf of all others similarly situated;<br><br>    Plaintiffs,<br><br>vs.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC;<br><br>    Defendant. | Case no. 3:11-cv-02933-AJB-RBB<br><br>**NOTICE OF SETTLEMENT** |

1

06981.00/187680-1.wpd

11cv02933

TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that all parties in the above-entitled lawsuit have agreed to settle the lawsuit in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Joint Motion to Dismiss, the individual action of Plaintiff PARI IRANMANESH, with prejudice, and dismiss without prejudice, the class action claims asserted in the lawsuit, within 60 days from the date of this Notice. The parties request that the Court take off calendar all future calendared dates. Each party shall bear its/his/their own costs and expenses.

DATED: September 18, 2012      **HYDE & SWIGART**

By  /s/ Joshua Swigart
Joshua Swigart
Attorneys for Plaintiff
PARI IRANMANESH, individually and on behalf of all others similarly situated

DATED: September 18, 2012      **KAZEROUNI LAW GROUP, APC**

By  /s/ Abbas Kazerounian
Abbas Kazerounian
Attorneys for Plaintiff
PARI IRANMANESH, individually and on behalf of all others similarly situated

DATED: September 18, 2012      **CARLSON & MESSER LLP**

By  /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendants,
LEADING EDGE RECOVERY SOLUTIONS, LLC

06981.00/187680-1.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2012, a true and accurate copy of the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the ECF system which will send notification of such filing to the following E-mail address:

Abbas Kazerounian ak@kazlg.com

josh@westcoastlitigation.com

Bob@westcoastlitigation.com

/s/David J. Kaminski
David J. Kaminski