```
 1  Joshua B. Swigart (SBN 225557)
    josh@westcoastlitigation.com
 2  HYDE & SWIGART
    411 Camino Del Rio South, Suite 301
 3  San Diego, CA 92108-3551
    (619) 233-7770 Telephone
 4  (619) 297-1022 Facsimile
    Attorneys for Plaintiff,
 5  PARI IRANMANESH, Individually
    and on Behalf of All Others Similarly Situated
 6
    David J. Kaminski (SBN 128509)
 7  kaminskiD@cmtlaw.com
    Stephen A. Watkins (SBN 205175)
 8  Watkinss@cmtlaw.com
    CARLSON & MESSER LLP
 9  5959 W. Century Boulevard, Suite 1214
    Los Angeles, California 90045
10  (310) 242-2200 Telephone
    (310) 242-2222 Facsimile
11
    Attorneys for Defendant,
12  LEADING EDGE RECOVERY SOLUTIONS, LLC
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| PARI IRANMANESH, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 3:11-cv-02933-AJB-RBB |
|---|---|
| Plaintiff, | **JOINT MOTION TO DISMISS OF PLAINTIFF PARI IRANMANESH AND DEFENDANT LEADING EDGE RECOVERY SOLUTIONS, LLC PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| vs. | |
| LEADING EDGE RECOVERY SOLUTIONS, LLC, | |
| Defendant. | |

TO THE COURT, PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiff PARI IRANMANESH, individually and on behalf of all others similarly situated ("Plaintiff"), through her counsel of record, Hyde & Swigart and

1

1  Kazerounian Law Group, APC and Defendant LEADING EDGE RECOVERY SOLUTIONS, LLC
2  ("Defendant"), through its counsel of record, Carlson & Messer LLP, hereby file this Joint Motion
3  to Dismiss the individual action of Plaintiff PARI IRANMANESH, with prejudice, and to dismiss
4  without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).
5  Each party shall bear its/his/their own costs and expenses.
6      IT IS FURTHER STIPULATED by and between the parties to this action through their
7  designated counsel that this Court shall retain jurisdiction in this case solely to enforce the
8  settlement.

DATED: November 6, 2012        **KAZEROUNIAN LAW GROUP, APC**

By  /s/ Abbas Kazerounian
    Abbas Kazerounian
    Attorney for Plaintiff
    PARI IRANMANESH, Individually and on
    Behalf of All Others Similarly Situated

DATED: November 6, 2012        **HYDE & SWIGART**

By  /s/ Joshua Swigart
    Joshua Swigart
    Robert Hyde
    Attorney for Plaintiff
    PARI IRANMANESH, Individually and on
    Behalf of All Others Similarly Situated

DATED: November 6, 2012        **CARLSON & MESSER LLP**

By  /s/ David J. Kaminski
    David J. Kaminski
    Stephen A. Watkins
    Attorneys for Defendant,
    LEADING EDGE RECOVERY
    SOLUTIONS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2012, a true and accurate copy of the foregoing **JOINT MOTION TO DISMISS OF PLAINTIFF PARI IRANMANESH AND DEFENDANT LEADING EDGE RECOVERY SOLUTIONS, LLC PURSUANT TO FRCP 41(a)(1)(A)(ii)** with the Clerk of Court using the ECF system which will send notification of such filing to the following

E-mail address:

Abbas Kazerounian ak@kazlg.com

josh@westcoastlitigation.com

Bob@westcoastlitigation.com

/s/David J. Kaminski
David J. Kaminski