UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARI IRANMANESH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC,<br><br>Defendant. | CASE NO. 3:11-cv-02933-AJB-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(Doc. No. 23) |

The Court has reviewed the Joint Motion of all parties to dismiss the individual action of Plaintiff PARI IRANMANESH, with prejudice, and to dismiss without prejudice the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).  Pursuant to the Joint Motion, the Court orders as follows:

1.    That the individual action of Plaintiff PARI IRANMANESH is hereby dismissed with prejudice, and the class action claims asserted therein are dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii).

1

06981.00:187640

1    Each party shall bear its/his/their own costs and expenses.

2    The Court shall retain jurisdiction in this case solely to enforce the settlement for a period of

3    two years from the entry of this order.

4    **IT IS SO ORDERED:**

5

6    DATED:  November 7, 2012

7    _____

8    Hon. Anthony J. Battaglia
     U.S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
2

06981.00:187640